UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH CHAMBERLAIN ]<br>    Plaintiff, ]<br>]<br>v. ]<br>]<br>METROPOLITAN GOVERNMENT OF ]<br>NASHVILLE and DAVIDSON COUNTY, ]<br>et al. ]<br>    Defendants. ] | No. 3:07-0920<br>Judge Trauger |

O R D E R

Presently pending before the Court is a motion to dismiss (Docket Entry No.5) from the defendant, Daron Hall, to which the plaintiff has filed a Response (Docket Entry No. 16) in opposition to the motion to dismiss.

In accordance with the Memorandum contemporaneously entered, the Court finds merit in the motion to dismiss. Accordingly, said motion is GRANTED and all claims against Daron Hall are hereby DISMISSED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge